

The relief described hereinbelow is SO ORDERED.

Signed August 11, 2009.

_____
Ronald B. King
United States Chief Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| IN RE: | ) | CASE NO: 09-50955-LMC |
|---|---|---|
| | ) | |
| RAQUEL G. GARCIA | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

_____

**ORDER ACCEPTING NOTICE OF AN AGREED OFFSET**
**THAT REDUCES THE AMOUNT OF EXEMPTION CLAIMED BY DEBTOR ON**
**PROMISSORY NOTE EXECUTED BY EDWARD PINA PEREZ**
_____

On this day, came on to be considered the Notice Filed By Trustee Of Agreed Offset That Reduces The Amount Of Exemption Claimed By Debtor On Promissory Note Executed By Edward Pina Perez (the "Notice").

The court finds that notice is proper. The Court finds further that the Notice affecting the final amount of the claim of exemptions filed by the Debtor in the Promissory Note executed by Edward Pina Perez; 26419 Grey Horse Run, San Antonio, Texas 78258 (the "Promissory Note") should be granted as prayed. It is, therefore,

ORDERED that the amount of $800.00 that the debtor has collected in post-petition payments made by Edward Pina Perez on the Promissory Note that he executed shall be offset from the partial claim of exemptions made by the debtor on the proceeds received from the Promissory Note. It is, further,

ORDERED that the claim of exemptions filed by the debtor on the Promissory Note is hereby reduced from the original claim of $1,075.00 to the amount of $275.00.

###